# Court of Appeals
## Tenth Appellate District of Texas

10-25-00455-CR

In re Richard Johnson

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Richard Johnson's petition for writ of mandamus filed on December 1, 2025 is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: December 18, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Do not publish
OT06

